NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

S. WYETH McADAM, CA SBN 223876
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NIGEL RAY LACHEY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 20-cv-01438-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; STATUS REPORT; DECLARATIONS OF JEBBY RASPUTNIS AND CHRISTIANNE VOEGELE; [PROPOSED] ORDER**<br><br>(*SECOND REQUEST*) |

Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a sixty-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by January 15, 2021. The new deadline would be March 16, 2021.

STATUS REPORT: The Commissioner hereby refers the Court to the declarations of Jebby Rasputnis, Executive Director of the Social Security Administration's Office of Appellate Operations (OAO), and Christianne Voegele, Chief of the Court Case Preparation and Review Branch 1, and Acting Chief of the Court Case Preparation and Review Branch 3, of OAO. As explained in the declarations, the agency must navigate and overcome five simultaneous challenges as it transitions the preparation of these records from an in-person process to a mostly virtual one:

1. Obtaining the appropriate technology, subject to Federal purchasing rules;

2. Retraining staff on the new procedures and new technology;

3. Adhering to the Federal government protections for personally identifiable information;

4. Working with outside vendors for transcription services, including obtaining a new vendor subject to Federal contracting rules; and

5. Completing security clearance processes for new employees of the vendors.

While the agency has worked hard to overcome these challenges, it cannot, at this time, provide an estimate as to when operations will be back to their normal level. As described in the Rasputnis declaration, the agency processed more than 1,100 cases in August and will soon surpass the pre-pandemic production rates of 300-400 per week. By implementing the new processes and obtaining a new vendor and new contract employees, the agency is committed to increasing CAR production as fast as possible to address this urgent need.

Defendant is unable to provide any further information about when a CAR may be ready in this particular case, other than to say that the agency is working diligently to prepare as many CARs as possible under these challenging circumstances.

On January 4, 2011, the undersigned contacted Plaintiff via the email address he provided. On January 11, 2021, the undersigned conferred with Plaintiff via email and he has no objection to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including March 16, 2021.

Dated: January 11, 2020     Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *S. Wyeth McAdam*
S. Wyeth McAdam
Special Assistant United States Attorney

## ORDER

IT IS ORDERED that the defendant's unopposed motion is GRANTED.  The deadline to file the CAR and answer to plaintiff's complaint is extended up to and including March 16, 2021.  Further, the Court notes that it will accept an electronic version of the administrative record, as has been requested in other social security cases.

**IT IS SO ORDERED**

**DATED:** 2:18 pm, January 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**