CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

S. WYETH McADAM,
California State Bar No. 223876
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5610
Facsimile: (415) 744-0134
E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LACHEY, NIGEL,<br><br>    Plaintiff,<br><br> vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-01438-BNW<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE A LATE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD** |

Defendant Commissioner of Social Security files this motion to file his Answer to Plaintiff's Complaint fifteen days late. The undersigned, S. Wyeth McAdam, counsel to the Commissioner, inadvertently calendared the Answer as due on April 16, 2021, instead of the correct date, March 16, 2021. Ms. McAdam realised her error when she received the certified administrative record (CAR) from Social Security on March 24, 2021. Ms. McAdam immediately contacted pro se Plaintiff Mr. Lachey via email (nigelboo@gmail.com) to alert him that the CAR had come in and requesting permission to advise the court that he did not oppose the instant motion to file a late answer by March 31, 2021.  Ms. McAdam explained that our office needed some time to review the CAR and prepare CDs and hard copies for mailing. Plaintiff responded via email that he is "not amenable" to the instant motion. Please note, even if the undersigned had not miscalendered the deadline, our office would not have received the CAR by the March 16 2021 deadline and would have sought another extension of time. Since communicating with Plaintiff, the undersigned has learned that the staff person in our office responsible for mailing the CARs is on leave, which may delay our office's ability to send a paper copy and CD to Plaintiff and deliver the same to the court by March 31, 2021. Therefore, Defendant requests an extension of time until April 7, 2021, to file the answer and the CAR.

/ / /

/ / /

/ / /

/ / /

./ / /

Counsel did not intend to delay these proceedings and apologizes to Plaintiff and the Court for any inconvenience. In order not to cause any further delay by awaiting the Court's order on this motion, Counsel will move forward with preparing the CAR and drafting Defendant's Answer.

Dated: March 24, 2021                               Respectfully submitted,

                                                    CHRISTOPHER CHIOU
                                                    Acting United States Attorney

                       By:                          /s/ *S. Wyeth McAdam*
                                                    ALLISON J. CHEUNG
                                                    Special Assistant United States Attorney

## ORDER

On the basis of good cause, the Court in its discretion GRANTS defendant's motion. Defendant's answer to plaintiff's complaint is due 4/7/2021.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2021